## OPINIONS PER CURIAM, ETC., FROM JAN-UARY 14, 1913, TO MARCH 10, 1913.

No. 178. George Mengel, Plaintiff in Error, *v.* Blanche Mengel and Louis Eckhart, Sheriff. In error to the Supreme Court of the State of Iowa. January 27, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. (*Waters-Pierce Oil Co.* v. *Texas,* 212 U. S. 112, 118; *McCorquodale* v. *Texas,* 211 U. S. 432; *Farrell* v. *O'Brien,* 199 U. S. 100–101; *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102.) *Mr. Benjamin I. Salinger* for the plaintiff in error. *Mr. I. S. Pepper* for the defendants in error.

No. 134. The Gulf, Colorado & Santa Fe Railway Company, Plaintiff in Error, *v.* J. H. Thorn. In error to the County Court of Sabine County, State of Texas. January 27, 1913. *Per Curiam.* Judgment reversed with costs, and cause remanded for further proceedings, upon the authority of *Gulf, Colorado & Santa Fe Ry. Co.* v. *Dennis,* 224 U. S. 503. *Mr. J. W. Terry, Mr. Gardiner Lathrop, Mr. A. H. Culwell, Mr. A. B. Browne, Mr. Alexander Britton* and *Mr. Evans Browne* for the plaintiff in error. No appearance for the defendant in error.

No. ——. Original. *Ex parte:* In the Matter of Nathan Eisemann, Petitioner. Submitted January 27, 1913. Decided February 3, 1913. Motion for leave to file a petition for a writ of mandamus denied. *Mr. Eugene P. Carver* for the petitioner.